
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE CO.,<br><br>            Plaintiff,<br><br>       v.<br><br>CRANE FINANCIAL & INSURANCE AGENCY INC. et al.,<br><br>            Defendants. | CV-12-04614 RSWL (AGRx)<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

The Court has received Proof of Service of the Summons and Complaint for Defendant Damiano Kigoye [9]. On August 22, 2012, the Court granted the Parties' stipulation to allow Defendant Kigoye to answer the Complaint by September 19, 2012 [16]. However, Defendant Kigoye has yet to file an answer to the Complaint. Furthermore, Plaintiff has not pursued any further action against this Defendant. Accordingly,

1

1 | the Court hereby **ORDERS** Plaintiff to show cause within
2 | 7 days as to why this Action should not be dismissed as
3 | to this Defendant for lack of prosecution.  The Court
4 | will accept one of the following as evidence that the
5 | matter is being prosecuted diligently: (1) Defendant
6 | Kigoye's Answer to Complaint or (2) Plaintiff's Request
7 | for Entry of Default by Clerk on this Defendant.

**IT IS SO ORDERED.**

DATED: October 2, 2012

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge