# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> CRANE FINANCIAL & INSURANCE AGENCY INC. et al., <br><br> Defendants. | CV-12-04614 RSWL (AGRx) <br><br> **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

    The Court has received Proof of Service of the Summons and Complaint for Defendant Damiano Kigoye [9]. On August 22, 2012, the Court granted the Parties' stipulation to allow Defendant Kigoye to answer the Complaint by September 19, 2012 [16]. However, Defendant Kigoye has yet to file an answer to the Complaint. Furthermore, Plaintiff has not pursued any further action against this Defendant. Accordingly,

1

1  the Court hereby **ORDERS** Plaintiff to show cause within
2  7 days as to why this Action should not be dismissed as
3  to this Defendant for lack of prosecution.  The Court
4  will accept one of the following as evidence that the
5  matter is being prosecuted diligently: (1) Defendant
6  Kigoye's Answer to Complaint or (2) Plaintiff's Request
7  for Entry of Default by Clerk on this Defendant.
8
9
10 **IT IS SO ORDERED.**
11 DATED: October 2, 2012
12
13                                RONALD S.W. LEW
                                   _____
14                                **HONORABLE RONALD S.W. LEW**
15                                Senior, U.S. District Court Judge