UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4614-RSWL (AGRx) | Date | December 13, 2012 |
|---|---|---|---|
| Title | United of Omaha Life Insurance Company v. Crane Financial and Insurance Agency Inc et al | | |

Present: The Honorable   RONALD S.W. LEW, Senior, U.S. District Court Judge

| Joseph Remigio | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

    It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently.  If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

    The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below.  Accordingly, the Court, on its own motion, hereby orders plaintiff (s) to show cause in writing no later than **December 28, 2012**, why this action should not be dismissed for lack of prosecution.

    As an alternative to a written response by plaintiff(s), the Court will accept the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

- **Defendants' Answers to the First Amended Complaint or Plaintiff's Request for Entry of Default on defendants;**

    **AND**

- **Plaintiff's Motion for Default Judgment as to Defendant Damiano Kigoye.**

    No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

**Plaintiff is to serve notice of this Order on all remaining named parties in this action, if any.**

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | JRE |