JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE CO., | CV 12-4614 RSWL (AGRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CRANE FINANCIAL & INSURANCE AGENCY, INC. ET AL., | |
| Defendants. | |

The Court granted Plaintiff United of Omaha Life Insurance Co.'s ("Plaintiff") Motions for Partial Summary Judgment against Defendants Adrien Muya, Michael Chibueze Monday, Marie Kalungi, Evelyn Namujulirwa, Robinah Kayongo, Regius Nambooze, Ronald

1

Kayongo, and Ronald Lukwago [105-112] on September 4, 2013 [124].  The Court has also granted Plaintiff's Request to Dismiss Remaining Claims against Crane Financial Agency, Inc., Adrien Muya, Michael Chibueze Monday, Marie Kalungi, Evelyn Namujulirwa, Robinah Kayongo, Regius Nambooze, Ronald Kayongo, and Ronald Lukwago.

Accordingly, the Court enters judgment against each of the Defendants in the following amounts:

1. Defendant Robinah Kayongo in the amount of $3,325.38.
2. Defendant Marie Kalungi in the amount of $14,656.93.
3. Defendant Ronald Kayongo in the amount of $24,059.78.
4. Defendant Ronald Lukwago in the amount of $28,086.80.
5. Defendant Michael Chibueze Monday in the amount of $9,578.72.
6. Defendant Regius Nambooze in the amount of $10,009.89.
7. Defendant Adrien Muya in the amount of $32,321.72.

//
//
//
//
//

   8.  Defendant Evelyn Namujulirwa in the amount of $53,402.18.

The clerk shall close this action.

**IT IS SO ORDERED.**

DATED: October 11, 2013

　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　**HONORABLE RONALD S.W. LEW**
　　　　　　　　　　　　　Senior, U.S. District Court Judge